**John BICKNESE, d/b/a Little John Marine Service, Inc., Plaintiff/Respondent,**

v.

**Tom SAGEHORN, Defendant/Appellant.**

**No. 73229.**

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1998.

Application for Transfer Denied Feb. 23, 1999.

Anthony L. Anderson, Clayton, for defendant/appellant.

Ronald E. Fox, Andrew R. Kasnetz, Jonathan H. Garside, St. Louis, for plaintiff/respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Lessee appeals from a judgment entered against him in an action on account. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.